■ MAUREEN SIMPSON-WHITE et al., Respondents, v NEW YORK CITY TRANSIT AUTHORITY et al., Appellants. [639 NYS2d 732]

The defendants have failed to meet their burden of establish-ing the right to a protective order with regard to the minutes and findings of the New York City Transit Authority arbitra-tion hearing and a copy of the accident report, both of which concern the subject accident *(see, Spectrum Sys. Intl. Corp. v Chemical Bank,* 78 NY2d 371, 377; *Crazytown Furniture v Brooklyn Union Gas Co.,* 145 AD2d 402).

We have reviewed the defendants' remaining contention and find it to be without merit. Rosenblatt, J. P., Sullivan, Coper-tino and Goldstein, JJ., concur.